IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IAN S. MENDELSON,

   Plaintiff,

     v.

SOUTHEAST MORTGAGE OF
GEORGIA, INC., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-3155-TWT

ORDER

This is a breach of contract action. It is before the Court on the Report and Recommendation [Doc. 47] of the Magistrate Judge recommending granting in part and denying in part the Motion to Dismiss [Doc. 10] of the Defendant Southeast Mortgage and granting the Motion to Dismiss [Doc. 5] of the Defendant Thompson O'Brien. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motion to Dismiss [Doc. 10] of the Defendant Southeast Mortgage is GRANTED in part and DENIED in part. The remaining state law claims are dismissed without prejudice. The Motion to Dismiss [Doc. 5] of the Defendant Thompson O'Brien is GRANTED.

SO ORDERED, this 16 day of August, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge