IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IAN S. MENDELSON,

   Plaintiff,

  v.

SOUTHEAST MORTGAGE OF
GEORGIA, INC., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-3155-TWT

ORDER

This is a breach of contract action. It is before the Court on the Plaintiff's Motion for Reconsideration [Doc. 53] which is DENIED.

SO ORDERED, this 5 day of October, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Mendelson\reconsider.wpd